IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES P. RICHARDS, JR. | CRIMINAL CASE NO.<br>1:17-CR-0030-SCJ |

### ORDER

This matter is before the Court on the parties' Joint Motion to Reduce Sentence [Doc. 22], which is hereby **GRANTED**. By direction of the Court, it is **ORDERED AND ADJUDGED** that the Judgment and Commitment heretofore rendered on October 10, 2017 [Doc. No. 17] be amended on page two (2) as follows:

**IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TWENTY (20) MONTHS**.

**IT IS FURTHER ORDERED** that the judgment and commitment rendered on October 10, 2017 remain the same in every other respect.

**IT IS SO ORDERED**, this 22nd day of February, 2019.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE